Case 2:19-cr-20821-NGE-EAS   ECF No. 387, PageID.2368   Filed 03/12/24   Page 1 of 1

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No:  0645 2:19CR20821-06 |
| Bassem Farhat ) | USM No:  58047-039 |
| Date of Original Judgment: 06/01/2023 ) | |
| Date of Previous Amended Judgment: ) | Patrick J. Hurford |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    60    months **is reduced to**    51   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Count 1S - 51 Months

Except as otherwise provided, all provisions of the judgment dated    06/01/2023    shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  March 12, 2024          s/Nancy G. Edmunds
                                                        *Judge's signature*

Effective Date:  _____      Nancy G. Edmunds, U.S. District Judge
*(if different from order date)*                    *Printed name and title*